| | |
|---|---|
| 1 | DAVID D. PIPER, CASB No. 179889 |
| 2 | david.piper@kyl.com |
|   | CHRISTOPHER R. FARNSWORTH, CASB No. 286992 |
| 3 | chris.farnsworth@kyl.com |
|   | KEESAL, YOUNG & LOGAN |
| 4 | A Professional Corporation |
|   | 400 Oceangate, P.O. Box 1730 |
| 5 | Long Beach, California  90801-1730 |
|   | Telephone:    (562) 436-2000 |
| 6 | Facsimile:    (562) 436-7416 |

JS-6

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., as successor by merger to CHASE HOME FINANCE LLC and U.S. BANK NATIONAL ASSOCIATION, as trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST (SAIL) 2006 BNC3 who acquired title as U.S. BANK NATIONAL ASSOCIATION, trustee for LEHMAN BROTHERS-STRUCTURED ASSET INVESTMENT LOAN TRUST SAIL 2006 BNC3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILLIAMS, | Case No. _CV13- 4216 RGK (FFMx) |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS FOR REMAND AND TO PLACE JULY 29, 2013 HEARING OFF CALENDAR** |
| CHASE HOME FINANCE LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST (SAIL) 2006 BNC3 WHO ACQUIRED TITLE AS U.S. BANK NATIONAL ASSICIATION, TRUSTEE FOR LEHMAN BROTHERS-STRUCTURED ASSET INVESTMENT LOAN TRUST SAIL 2006 BNC3 and DOES 1 – 20, | **Removed from Superior Court of California, Los Angeles County** |
| Defendants. | |

KYL_LB1633352

# ORDER

This matter is before the Court on a Stipulation By and Between Plaintiffs and Defendants for Remand and to Place July 29, 2013 Hearing Date Off Calendar. For the reasons stated in said Stipulation, this matter is hereby REMANDED to the Superior Court of the State of California, for the County of Los Angeles, California. Defendants JPMORGAN CHASE BANK, N.A., as successor by merger to CHASE HOME FINANCE LLC and U.S. BANK NATIONAL ASSOCIATION, as trustee for STRUCTURED ASSET INVESTMENT LOAN TRUST (SAIL) 2006 BNC3 who acquired title as U.S. BANK NATIONAL ASSOCIATION, trustee for LEHMAN BROTHERS-STRUCTURED ASSET INVESTMENT LOAN TRUST SAIL 2006 BNC3's Motion to Dismiss is moot. The July 29, 2013 hearing is hereby placed off calendar and no appearances are required by the parties.

So ordered, this 2nd day of July, 2013.

DATED: July 2, 2013

_____
Hon. R. Gary Klausner
United States District Court Judge

- 1 -                                                                 KYL_LB1633352